# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TYRONE ROGERS, | CASE NO. 11-CV-560-IEG (RBB) |
|---|---|
| Plaintiff, | **ORDER:** |
| vs. | **1. ADOPTING REPORT AND RECOMMENDATION;** |
| | [Doc No. 67] |
| G.J. GIURBINO, et al., | **2. DENYING MOTION FOR DEFAULT JUDGMENT** |
| Defendants. | [Doc. No. 44] |

Before the Court is Magistrate Judge Ruben B. Brooks's Report and Recommendation ("R & R"), [Doc. No. 67], recommending that the Court deny Plaintiff's motion for default judgment, [Doc. No. 44]. The deadline for filing objections thereto passed October 19, 2012. [*See* Doc. No. 67 at 40.]

The Court reviews *de novo* those portions of the R & R to which objections are made, and may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo <u>if objection is made</u>, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id*.

Here, the deadline for objections passed over a month ago without any objections being filed, and thus the Court may adopt the R & R on that basis alone. *See id.* Having reviewed and

finding sound Magistrate Judge Brooks's R & R, the Court approves and **ADOPTS IN FULL** the R & R.  *See* 28 U.S.C. § 636(b)(1).  Thus, Plaintiff's motion for default judgment is hereby **DENIED**.

**IT IS SO ORDERED.**

**DATED:**     December 18, 2012

*[signature]*

**IRMA E. GONZALEZ**
**United States District Judge**